DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN D. PONDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3367

[May 19, 2022]

Appeal of order denying rule 3.800(a) motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Michael Mirman, Judge; L.T. Case No. 561991CF000352C.

John D. Ponder, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***